UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X        Hearing Date: June 13, 2008
In Re:                                                                     Time: 10:00 a.m.

           MICHAEL G. VINIERIS

                                    Chapter 13
                                      Case No.: 08-11151(MG)
                            Debtor.

-----------------------------------------------------------------X

## FEDERAL INSURANCE COMPANY'S
## NOTICE OF MOTION TO DISMISS

**TO: PARTIES IN INTEREST**

     **PLEASE TAKE NOTICE**, that on June 13, 2008, at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, counsel for Federal Insurance Company ("Federal Insurance") shall move this Court, before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York at Courtroom 501 in the Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408, for (1) the entry of an order pursuant to 11 U.S.C. Section 109(e) dismissing this case since the non-contingent, liquidated, secured debts of the Debtor greatly exceed the maximum of $750,000; (2) for the entry of an order dismissing this case in its entirety, pursuant to 11 U.S.C. Section 1307(c), and 362(d)(1), for cause, including Debtor's bad faith in filing this Petition; along with such other and further relief as the Court may deem just and proper under the circumstances.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 9006-1, Local Rules of Bankruptcy Practice for the Southern District of New York, answering papers and memoranda of law, if any, must be filed with the Court and served upon the undersigned so as to be received by the undersigned no later than three (3) days before the return date of this motion.

Dated: New York, New York
          May 23, 2008

                                                    ROSNER NOCERA & RAGONE, LLP

                                                    By:___\S\John P. Foudy__
                                                          John P. Foudy (JF-7322)
                                                    Attorneys for Federal Insurance Company
                                                    110 Wall Street 23rd Floor
                                                    New York, New York 10005
                                                    (212) 635-2244

To:

Todd S. Cushner
Cushner & Garvey, LLP
Attorneys for Debtor
155 White Plains Road, Suite 207
Tarrytown, NY 10591

Jeffrey L. Sapir, Esq. (Trustee)
399 Knollwood Road, Suite 102
White Plains, NY 10603

Office of the Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Michael Eric Fleiss
Dewey & Le Boeuf LLP
Attorneys for The Board of Managers of
the Corinthian Condominium
125 West 55th Street
New York, NY 10019

Berkman, Henoch Peterson & Peddy P.C.
Attorneys for Greenpoint Bank
110 Garden City Plaza
Garden City, NY 11530

cs/Vinieris.Motion
5/08