# NOTICE OF SALE

SUPREME COURT COUNTY OF NEW YORK, GREENPOINT BANK, Plaintiff, vs. MICHAEL VENIERIS, ET AL., Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale duly filed on January 3, 2008, I, the undersigned Referee will sell at public auction at the NewYork County Courthouse, Room 130, 60 Centre Street, NewYork, NY on April 2, 2008 at 1:00 PM, premises known as 330 East 38th Strret, New York, NY. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Unit No. 42 K in the Corinthian Condominium, in the Borough of Manhattan, City, County and State of New York, Section 003, Block 00943 and Lot 1612. Premises will be sold subject to provisions of filed Judgment Index # 101901/02.

Lise Hunter, Esq. Referee

Berkman, Henoch, Peterson & Peddy, P.C., 100 Garden City Plaza, Garden City, NY 11530, Attorneys for Plaintiff