UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X     Hearing Date: June 13, 2008
In Re:                                                                                   Time: 10:00 a.m.

       MICHAEL G. VINIERIS

                                                   Chapter 13
                                                   Case No.: 08-11151(MG)

                Debtor.
-----------------------------------------------------------------X

CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2008 the foregoing Notice of Motion to Dismiss, the annexed Affidavit of John P. Foudy, the exhibits annexed thereto, and the accompanying Memorandum of Law were filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service, upon the following parties and participants:

                        Todd S. Cushner
                        Cushner & Garvey, LLP
                        Attorneys for Debtor
                        155 White Plains Road, Suite 207
                        Tarrytown, NY 10591

                        Jeffrey L. Sapir, Esq. (Trustee)
                        399 Knollwood Road, Suite 102
                        White Plains, NY 10603

                        Michael Eric Fleiss
                        Dewey & Le Boeuf LLP
                        Attorneys for The Board of Managers of
                        the Corinthian Condominium
                        125 West 55th Street
                        New York, NY 10019

     I hereby certify that on May 23, 2008 the foregoing Notice of Motion to Dismiss, the annexed Affidavit of John P. Foudy, the exhibits annexed thereto, and the accompanying

1

2

Memorandum of Law were filed with the Clerk of the Court and served by first class mail upon the following parties and participants:

>Office of the Trustee
>33 Whitehall Street, 21st Floor
>New York, NY 10004-2112
>
>Berkman, Henoch Peterson & Peddy P.C.
>Attorneys for Greenpoint Bank
>110 Garden City Plaza
>Garden City, NY 11530

ROSNER NOCERA & RAGONE, LLP

By:___\S\John P. Foudy___
    John P. Foudy (JF-7322)
Attorneys for Federal Insurance Company
110 Wall Street 23rd Floor
New York, New York 10005
(212) 635-2244