**United States District Court for**
**SOUTHERN DISTRICT OF NEW YORK**

of America vs.
GERASSIMOS VINIERIS

DOCKET NO ⟶ SSS 83 cr. 68 (2) EW

## JUDGMENT AND PROBATION/COMMITMENT ORDER  AO 245 (9/82)

12-12-82

the presence of the attorney for the government  ROBERT GARCIA

| MONTH | DAY | YEAR |
|---|---|---|
| 5 | 13 | 85 |

the defendant appeared in person on this date

[ ] WITHOUT COUNSEL    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel

[X] WITH COUNSEL   BARRY SCHULMAN

[ ] GUILTY, and the court being satisfied that     [ ] NOLO CONTENDERE     [ ] NOT GUILTY
there is a factual basis for the plea

There being a ~~XXXX~~ verdict of    [ ] NOT GUILTY. Defendant is discharged
[X] GUILTY AS CHARGED

Defendant has been convicted as charged of the offenses of TITLE 18, U.S.C., SEC.371 AS CHARGED IN COUNT ONE; OF TITLE 18, U.S.C., SEC. 2314 AS CHARGED IN COUNT FIVE; and TITLE 18, U.S.C., SEC. 1001 AS CHARGED IN COUNT SIX.

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of FIVE YEARS AND A COMMITTED FINE OF $10,000 UNDER COUNT ONE. UNDER COUNT FIVE A TERM OF IMPRISONMENT OF FIVE YEARS AND A COMMITTED FINE OF $10,000 TO RUN CONSECUTIVELY TO THE SENTENCE IMPOSED UNDER COUNT ONE. UNDER COUNT SIX A TERM OF IMPRISONMENT OF FIVE YEARS AND A COMMITTED FINE OF $10,000 TO RUN CONSECUTIVELY TO THE SENTENCES IMPOSED UNDER COUNTS ONE AND FIVE. THE DEFENDANT IS NOTIFIED OF HIS RIGHT TO APPEAL.
A TOTAL COMMITTED FINE OF $30,000.

CERTIFIED AS A TRUE COPY ON
THIS DATE  11-18-03
BY  Edward Drueci
( ) Clerk
(✓) Deputy

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period

The court orders commitment to the custody of the Attorney General and recommends

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer

MAY 17 1985

FILED
MAY 17 1985
S. D. OF N.Y.

U S District Judge
U S Magistrate   EDWARD WEINFELD    Date 5-13-85