SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X  Index No.: 109107/03
FEDERAL INSURANCE COMPANY; LLOYDS
UNDERWRITERS; SPHERE INSURANCE CO. LTD.;
DRAKE INSURANCE CO. LTD.; SPHERE
INSURANCE CO. LTD. "B" A/C; THREADNEEDLE
INSURANCE CO. LTD.; ANDREW WEIR INSURANCE
CO. LTD.; ENGLISH & AMERICAN INSURANCE CO.
LTD; NIPPON FIRE & MARINE INSURANCE CO.
(U.K.) LTD. NORWICH UNION FIRE INSURANCE
SOCIETY LTD. "TRUST"; NORWICH UNION FIRE
INSURANCE SOCIETY LTD. "Z" A/C "TRUST";
BRITISH LAW INSURANCE CO. LTD. NO. 2 A/C;        **STATEMENT FOR**
BISHOPGATE INSURANCE CO. LTD. "F" A/C;           **JUDGMENT**
BRITISH LAW INSURANCE CO. LTD.; OCEAN
MARINE INSURANCE CO. LTD; PHOENIX
ASSURANCE CO. LTD.; PRUDENTIAL ASSURANCE
CO. LTD. "TRUST" A/C.; INDEMNITY MARINE
ASSURANCE CO. LTD. "T" A/C.; SOVEREIGN
MARINE & GENERAL INSURANCE CO. LTD.;
THE TOKIO MARINE & FIRE INSURANCE CO.
(U.K.) LTD; TAISHO MARINE & FIRE INSURANCE
CO. (U.K.) LTD.; STOREBRAND INSURANCE CO.
(U.K.) LTD.; ATLANTIC MUTUAL INSURANCE CO.;
and ALLIANZ INTERNATIONAL INSURANCE CO.
LTD.,

         Plaintiffs,

-against-

GERASSIMOS VINIERIS, a/k/a "MIKE VINIERIS",
a/k/a "CAPTAIN MIKE", a/k/a "CAPTAIN MIKE G.
VINIERIS", a/k/a "MIKE G. VINIERIS" a/k/a
"CAPTAIN MIKE VINIERIS", a/k/a "CENTURY
SHIPPING LINES CO., INC." a/k/a "DEBORAH H.
VINIERIS", a/k/a "PINELOPI BARBATI", a/k/a
MICHAEL VENIERIS,

         Defendants.
-----------------------------------------------------------------X

| | | |
|---|---|---|
| Amount | : | $3,904,894.38 |
| Interest (9/10/87) | : | ~~6,050,553.60~~  6,051,516.46 |
| | Total: | ~~$9,955,447.98~~  9,956,410.84 |
| Costs by Statute | : | $200.00 |
| ~~Service of Summons~~ | : | ~~25.00~~ |
| Fee for Index No. | : ✓ | ~~210.00~~ 185.00 |
| RJI | : ✓ | ~~85.00~~ 75.00 |
| Motion Fee | : ✓ | 45.00 |
| Costs taxed at | : | ~~565.00~~ |
| execution | | 40.00     $545.00 |
| | Total: | ~~$9,956,012.98~~  9,956,955.84 |

The undersigned, an attorney at law of the State of New York, and an associate with the attorneys of record for the plaintiff herein, states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount. The undersigned affirms this statement under the penalties of perjury.

Dated: New York, New York
November 23, 2004

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $545.00

NOV 24 2004

_____
Judgment entered the ___ day of _____, 2004.

John P. Foudy

FILED
NOV 2 4 2004
COUNTY CLERKS OFFICE
NEW YORK

The Summons with Notice of Motion In Lieu of Complaint having been served upon the defendant herein and upon plaintiff's Notice of Motion dated April 15, 2004 and upon reading and filing said Motion to restore Motion for Summary Judgment In Lieu of Complaint, and the supporting affidavit of John P. Foudy, sworn to on April 15, 2004, and the exhibits annexed thereto, including the affidavit of John J. Tomaine sworn to on the 15th day of May, 2003, the exhibits annexed thereto, and the affidavit of John P. Foudy, sworn to May 16, 2003, and defendant's Memorandum of Law in Opposition, the affidavit of defendant Michael Vinieris,

sworn to July 17, 2003, and the exhibits thereto, and defendant Gerrasimos (Michael) Vinieris having further opposed by affidavit sworn to the 4th day of June, 2004, along with the exhibits annexed thereto; and upon the Reply Affidavit in Support of John P. Foudy, sworn to on June 17, 2004, and defendant Gerrasimos Vinieris' Affidavit in Reply in Opposition sworn to the 23rd day of June 2004, and the [Supplemental] Affidavit by the defendant Gerrassimos (Michael) Vinieris, sworn to the 28th day of October 2004, being submitted in opposition; and plaintiff's motion having duly come on the be heard, and due deliberation having been had thereon and the Order and Opinion of the Hon. Richard F. Braum, J.S.C. entered November 19, 2004 which inter alia, granted the aforesaid motion of plaintiff,

NOW, on the motion of Rosner Nocera & Ragone, LLP, attorneys of record for plaintiff Federal Insurance Company, it is

ADJUDGED that plaintiff, Federal Insurance Company residing at 55 Water Street, New York, New York 10005, recover judgment against defendant Gerassimos Vienieris, a/k/a "Mike Vinieris", a/k/a "Captain Mike", a/k/a "Captain Mike G. Vinieris", a/k/a "Mike G. Vinieris" a/k/a "Captain Mike Vinieris", a/k/a "Century Shipping Lines Co., Inc." a/k/a "Deborah H. Vinieris", a/k/a "Pinelopi Barbatt", a/k/a Michael Venieris, residing at 330 East 38th Street, Apt. 42K, New York, New York 10016, the sum of $3,904,894.38 together with interest thereon in the amount of $6,057,576.46 as taxed by the clerk ~~$6,050,553.60,~~ and costs and disbursements, in the amount of $545.00 ~~$565.00~~ making a total judgment in the amount of $9,956,955.84 ~~$9,956,012.98~~ and that plaintiff have execution therefore.

**FILED**

**NOV 2 4 2004**

COUNTY CLERK'S OFFICE
NEW YORK

11/24/04   Clerk

jb/Vinieris.StatJud
11/04

| | | |
|---|---|---|
| Judgment entered November 24, 2004: | $ | 9,956,955.84 |
| Interest from 11/24/04 to 4/1/08: | $ | 3,005,091.11 |
| | $ | 12,962,046.95 |