**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Mike G Vinieris                                CASE NO.: 08–11151–mg

 aka   Gerassimos Vinieris
 aka   Michael G Venieris

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  13
xxx–xx–0019

---

# NOTICE OF DISMISSAL OF CASE

An order of dismissal was entered by the Honorable Martin Glenn on in this Chapter 13 case.

**This case is dismissed.**

Dated: August 7, 2008                                 Kathleen Farrell–Willoughby
                                                     Clerk of the Court