# Intended Notice Recipients – Method of Notice

District/Off: 0208−1          User: tmercado          Date Created: 8/7/2008
Case: 08−11151−mg          Form ID: 131          Total: 20

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**
| | | |
|---|---|---|
| 4589086 | The Corinthian Condominium | |
| 4589088 | The Corinthian Condominium | |

TOTAL: 2

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
| | | |
|---|---|---|
| tr | Jeffrey L. Sapir−13 | info@sapirch13tr.com |
| aty | Jeffrey L. Sapir−13 | info@sapirch13tr.com |
| aty | Todd S. Cushner | cushnerlaw@aol.com |

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | |
|---|---|---|---|---|
| db | Mike G Vinieris | 711 West End Avenue | Apt. #5JN | New York, NY 10025 |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 |
| smg | United States Attorney | One St. Andrew's Plaza | Claims Unit − Room 417 | New York, NY 10007−1701 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201−3719 |
| 4533002 | Asset Acceptance LLC | PO BOX 2036 | Warren, MI 48090 | |
| 4530416 | B−Real, LLC    MS 550 | PO Box 91121 | Seattle, WA 98111−9221 | |
| 4510195 | BERKMAN, HENOCH, ET. AL. | 100 GARDEN CITY PLAZA | GARDEN CITY, NY 11530 | |
| 4510196 | CULLEN &DYKMAN, ET. AL. | 100 QUENTIN ROOSEVELT BLVD. | GARDEN CITY, NY 11530 | |
| 4554591 | Federal Insurance Company | c/o Rosner Nocera &Ragone LLP | 110 Wall Street, 23rd Floor | New York, NY 10005 |
| 4510197 | GREENPOINT SAVINGS | PO BOX 84013 | COLUMBUS, GA 31908 | |
| 4510198 | NYC DEPARTMENT OF FINANCE | PO BOX 32 | NEW YORK, NY 10008 | |
| 4510199 | PRIVATE CAPITAL GROPU | 2 JERICHO PLAZA | SUITE 205 | JERICHO, NY 11753 |
| 4554126 | RoundPoint Mortgage Servicing Corp | 5032 Parkway Plaza Blvd | Charlotte, North Carolina 28217 | |

TOTAL: 15